469 F.2d 1393
 73-1 USTC P 9226
 M. Pickett MYERS, III, and Elizabeth Myers, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 72-2360.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 5, 1973.
Rehearing Denied Jan. 31, 1973.
 
 Pascol J. Townsend, Jr., Drew, Miss., C. S. Tindall, Jr., Greenville, Miss., for plaintiffs-appellants.
 H. M. Ray, U. S. Atty., Oxford, Miss., Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Atty., Dept of Justice, Jack D. Warren, Atty., Tax Div., Refund Trial Section, Ann E. Belanger, Atty., Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellee.
 Before GODBOLD, DYER and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the opinion of the District Court, Myers v. United States, 345 F.Supp. 197 (N.D.Miss.1972).